ARTHUR L. BRUNING, Appellant, v. OLIVER R. BRUNING, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See 279 App. Div. 752.]

■

HENRY R. GEED, Respondent, v. HENRIETTA P. BRAUNSDORF et al., Individually and as Executors and Trustees under the Will of GEORGE W. BRAUNSDORF, Deceased, Defendants, and FLORENCE BRAUNSDORF, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See 279 App. Div. 912, 1023, 1087.]

■

WARREN T. MUNROE, an Infant, by WILLIAM T. MUNROE, His Guardian ad Litem, et al., Appellants, v. RUSSELL G. BOOTH et al., as Trustees of Hempstead Number 1 School District, Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See ante, p. 936.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANUFACTURERS CASUALTY INSURANCE COMPANY, Surety, Appellant, and DELLA ORANSKY et al., Indemnitors. HARRY GROSS, Principal.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See ante, p. 944.]

■

WASHINGTON SHOPS, INC., Respondent, v. PERRY'S SHOP FOR MEN, INC., Appellant.— Motion for leave to appeal to the Appellate Division and for a stay of the issuance of warrant of eviction granted. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See 281 App. Div. 684.]

■

LOUIS ANTONELLI, Appellant, v. PAUL LOBDELL, as President of the Miracle Riders, an Unincorporated Association, Respondent.— In an action to recover damages for personal injuries alleged to have been sustained through defendant's negligence, when plaintiff, a spectator at a motorcycle race conducted by defendant, was struck by a motorcycle which left the track, out of control, judgment in favor of defendant, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Appeal from order denying plaintiff's motion to set aside the jury's verdict dismissed. No such order is printed in the record. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.